# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**IBRAHEEM JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2712

[March 2, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 15-006443CF10A.

Ibraheem Jackson, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER AND KUNTZ, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***